REBECCA SCHWEITZER, as Executrix, etc., v. JAMES F. FARGO, as Treasurer, etc., of AMERICAN EXPRESS COMPANY.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE BRUNSWICK-BALKE-COLLENDER COMPANY OF NEW YORK v. WILLBEE, INC.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

ABRAHAM HASKEL and Others v. 60 WEST 53RD STREET CORPORATION and "JOHN DOE."— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

SVEA P. DANZILO v. ACIERNO AMUSEMENT CORPORATION and Others. ETTA C. BURBIDGE v. ACIERNO AMUSEMENT CORPORATION and Others.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

CHARLES I. KLINGENSTEIN and Others v. COOLIDGE HOLDING Co., INC., and Others and SUPERIOR REIGN Co., INC. REGINALD FIELD.— Motion denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ROSOL HOLDING CORPORATION v. CHARLES J. COHEN and Others.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

SAMUEL L. DOBKIN v. OLGA I. HOPPE.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

In the Matter of the Application of the GRAVES QUINN CORPORATION for an Order Confirming the Award of the Arbitrators in the Controversy between the GRAVES QUINN CORPORATION and ALFRED C. KIHN.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

PARKVIEW HOLDING CORPORATION v. ALCOR REALTY CORPORATION.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

LOUIS H. ALPERT v. THE STATE BANK AND TRUST COMPANY.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

In the Matter of the Application of M. E. CONRAN Co., INC., to Secure an Order for the Continuance of a Mechanic's Lien against Certain Real Property Belonging to TRIUMPH BUILDING CORPORATION, Owner, and FRANCIS J. GUINON Co., INC., Is Alleged to Be the Contractor for the Improvements Thereof. M. E. CONRAN Co., INC., Lienor, Appellant; FULTON DEVELOPMENT CORPORATION, Petitioner, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, and the order entered on the 1st day of July, 1929, reinstated. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.